

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUL 12 2023
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

United States District Court

for the

Northern District of Georgia

Atlanta Division

(678) 705-2297

320 Fairburn Rd. Apt. M6

Atlanta, Ga. 30331

Randy Butler Jr.

V.

# 1:23-CV-3089

Defendant,

Paranoia Quest

72 Broad St. SW, Atlanta Ga.

30303

Defendant,

Dr. Joyce Mitchell,

Dr. Joyce Jones, (404) 962-3110

Defendant,

Jenee Jones,

Defendant,

John Hill,

Defendant,

Russell Johnson,

Defendant,

Anthony Jackson,

Anthony Butler,

Defendant,

Ron Hall, 1560 Metropolitan Parkway, SW

30310

Ronald Hill,

Defendant,

Rubin Williams, (404)255-4446

1560 Metropolitan Parkway, SW

30310

Rubin Hamilton,

Defendant,

Brian Ford, (404)255-4446

1560 Metropolitan Parkway, Sw

30310

Brian Johnson

United States District Court

for the

Northern District of Georgia

Atlanta Division

320 Fairburn Rd. APT. M6

Atlanta, Ga. 30331

(678)705-2297

Randy Butler Jr.

Civil No.

V.

Paranoia Quest

72 Broad St. SW

Atlanta, Ga. 30303

I'm filing this against the business Paranoia Quest and it's participants for Breach of Trust, Breach of Fiduciary Duty, Wrongful Levy, False Imprisonment, and Property Damages. The damages result from a medical device service apps named Marco Polo and Moco Space. Both are medical device services, Moco Space in a Morehouse school of Medicine service device. Marco Polo is an Grady Memorial Hospital service device. I've tried to contact both service providers to get access to the information haven't been able to get them to return my calls. I've requested information such as: An Accounting of Disclosure, Designated Record Sets, and Financial Statements. Which laids me to this wrongful levy claim. I'm currently unable to access any of the information involved with these services that are disclosing the information in the electronic records. The Breaches cause from these services are ongoing and have been interfering with my medical records, personal devices, bank accounts, and outgoing calls.

The act violates regulations and Georgia statutes:

### § 48-2-33(c). Receipts for Taxes

c.  The commissioner, upon request, shall give to the person paying an estate tax duplicate receipts, either of which shall be sufficient evidence of such payment. The receipt shall entitle the legal representative of the estate to be credited and allowed the amount of the payment by any court having jurisdiction to audit or settle the legal representative's accounts.

### § 48-3-43. Availability of Information via Electronic Means; Public Records; Unlawful Use of Data; Regulatory Authority

The department shall maintain information on executions in its information management system in a form that permits information related to executions to be readily accessible in an electronic form via the Internet and available to the public. The following shall be available within such system at no charge to the public:

Search by delinquent taxpayer name, execution number, last four digits of the taxpayer's social security number, or, when applicable, federal employee identification number;

Search by identification number assigned to the execution by the department;

The basis for an execution, including, but not limited to, the amount of the taxes, penalties, interest, and fees owed, and the tax periods and relevant assessment dates of the taxes owed;

The place, date, and time of the filing of the execution;

The status of the execution as defined in subsection (b) of this Code section;

The present balance of the execution;

Provision of official electronic copies of an execution; and

Notwithstanding **Code Sections 48-2-15 and 48-7-60,** provision and issuance of official payoff information as to any execution.

An execution shall hold one of the following official statuses on the department information system and such status shall be available, except as provided below, and on the electronic printable forms of state tax executions:

**Active** — The execution is perfected and enforceable;

**Withdrawn** — The execution was issued in error and is not enforceable. Within two business days from the date the department discovers an error in the filing of an execution, it shall change the status of the execution to withdrawn. Such execution shall be treated as though it was never filed;

**Released** — The execution has been released and is no longer enforceable. Within 15 business days from the department's receipt of payment in full of an execution, the department shall change the status of the execution to released. The department may release an unpaid execution that the department determines is not legally or practically collectable;

**Refiled** — If an execution is released in error, the department may file a new execution for any outstanding, finally determined tax liability to bear an active status as of the date of the new recording; and

**Expired** — The execution has expired pursuant to **Code Section 48-3-42** and is unenforceable.

The department shall provide to the authority such electronic linking data elements as may be required by the authority to link filed executions found in the authority's state-wide uniform automated information system for real and personal property records to the matching data related to the execution in the department's information management system.

The department's information management system as provided for in this Code section shall constitute a public record and the department shall redact information in accordance with **Code Section 9-11-7.1**.

The department's information management system as provided for in this Code section shall not be used for survey, marketing, or solicitation purposes. Survey, marketing, or solicitation purposes shall not include any action by the department or its authorized agents to collect a debt on an execution. The Attorney General is hereby authorized to bring an action at law or in equity to address the unlawful use of such information for a survey, marketing, or solicitation purpose and to recover the costs of such action, including reasonable attorney's fees.

The commissioner may adopt reasonable rules and regulations providing for the maintenance, reliability, accessibility, and use of the department's information management system. Such rules and regulations may address, among other matters, the authenticity of the electronic printable executions and issues related to periods during which the information system may be unavailable for use due to routine maintenance or other activities.

**42 U.S. Code § 1396p - Liens, adjustments and recoveries, and transfers of assets**

**(a) Imposition of lien against property of an individual on account of medical assistance rendered to him under a State plan**

**(1)** No lien may be imposed against the property of any individual prior to his death on account of medical assistance paid or to be paid on his behalf under the State plan, except—

**(A)** pursuant to the judgment of a court on account of benefits incorrectly paid on behalf of such individual, or

**(B)** in the case of the real property of an individual—

**(i)** who is an inpatient in a nursing facility, intermediate care facility for the mentally retarded, or other medical institution, if such individual is required, as a condition of receiving services in such institution under the State plan, to spend for costs of medical care all but a minimal amount of his income required for personal needs, and

**(ii)** with respect to whom the State determines, after notice and opportunity for a hearing (in accordance with procedures established by the State), that he cannot reasonably be expected to be discharged from the medical institution and to return home,

except as provided in paragraph (2).

**(2)** No lien may be imposed under paragraph (1)(B) on such individual's home if—

**(A)** the spouse of such individual,

**(B)** such individual's child who is under age 21, or (with respect to States eligible to participate in the State program established under subchapter XVI) is blind or permanently and totally disabled, or (with respect to States which are not eligible to participate in such program) is blind or disabled as defined in section 1382c of this title, or

**(C)** a sibling of such individual (who has an equity interest in such home and who was residing in such individual's home for a period of at least one year immediately before the date of the individual's admission to the medical institution),

is lawfully residing in such home.

**(3)** Any lien imposed with respect to an individual pursuant to paragraph (1)(B) shall dissolve upon that individual's discharge from the medical institution and return home.

### § 48-3-44. "Released" Executions

An execution bearing a "Released" status on the department's information management system shall constitute a complete release of the execution by the department and the department shall also timely file the release of the lien in the office of the clerk of superior court where the execution was filed as required by **Code Section 48-3-28**.

**AUTHORIZATION TO RECEIVE RELEVANT INFORMATION**

**Sec. 1942.** [42 U.S.C. 1396w-2] (a) In General.—Notwithstanding any other provision of law, a Federal or State agency or private entity in possession of the sources of data directly relevant to eligibility determinations under this title (including eligibility files maintained by Express Lane agencies described in section 1902(e)(13)(F), information described in paragraph (2) or (3) of section 1137(a), vital records information about births in any State, and information described in **sections 453(i) and 1902(a)(25)(I))** is authorized to convey such data or information to the State agency administering the State plan under this title, to the extent such conveyance meets the requirements of subsection (b).

(b) Requirements for Conveyance.—Data or information may be conveyed pursuant to subsection (a) only if the following requirements are met:

(1) The individual whose circumstances are described in the data or information (or such individual's parent, guardian, caretaker relative, or authorized representative) has either provided advance consent to disclosure or has not objected to disclosure after receiving advance notice of disclosure and a reasonable opportunity to object.

(2) Such data or information are used solely for the purposes of—

(A) identifying individuals who are eligible or potentially eligible for medical assistance under this title and enrolling or attempting to enroll such individuals in the State plan; and

(B) verifying the eligibility of individuals for medical assistance under the State plan.

(3) An interagency or other agreement, consistent with standards developed by the Secretary—

(A) prevents the unauthorized use, disclosure, or modification of such data and otherwise meets applicable Federal requirements safeguarding privacy and data security; and

(B) requires the State agency administering the State plan to use the data and information obtained under this section to seek to enroll individuals in the plan.

(c) Penalties for Improper Disclosure.—

(1) **Civil money penalty.**—A private entity described in the subsection (a) that publishes, discloses, or makes known in any manner, or to any extent not authorized by Federal law, any information obtained under this section is subject to a civil money penalty in an amount equal to $10,000 for each such unauthorized publication or disclosure. The provisions of section 1128A (other than subsections (a) and (b) and the second sentence of subsection (f)) shall apply to a civil money penalty under this paragraph in the same manner as such provisions apply to a penalty or proceeding under section 1128A(a).

(2) **Criminal penalty.**—A private entity described in the subsection (a) that willfully publishes, discloses, or makes known in any manner, or to any extent not authorized by Federal law, any information obtained under this section shall be fined not more than $10,000 or imprisoned not more than 1 year, or both, for each such unauthorized publication or disclosure.

(d) **Rule of Construction.**—The limitations and requirements that apply to disclosure pursuant to this section shall not be construed to prohibit the conveyance or disclosure of data or information otherwise permitted under Federal law (without regard to this section).

### § 36-63-3. Constitutional Authority for Chapter; Finding of Public Purposes; Tax Exemption

This chapter is enacted pursuant to authority granted to the General Assembly by the Constitution of Georgia. Each authority created by this chapter is created for nonprofit and public purposes; and it is found, determined, and declared that the creation of each such authority and the carrying out of its corporate purposes is in all respects for the benefit of the people of this state and that the authority is an institution of purely public charity and will be performing an essential governmental function in the exercise of the power conferred upon it by this chapter. For such reasons, the state covenants from time to time with the holders of the bonds issued under this chapter that such authority shall be required to pay no taxes or assessments imposed by the state or any of its counties, municipal corporations, political subdivisions, or taxing districts upon any property acquired by the authority or under its jurisdiction, control, possession, or supervision or leased by it to others; or upon its activities in the operation or maintenance of any such property or on any income derived by the authority in the form of fees, recording fees, rentals, charges, purchase price, installments, or otherwise; and that the bonds of such authority, their transfer, and the income therefrom shall at all times be exempt from taxation within the state. The tax exemption provided in this Code section shall not include any exemption from sales and use tax on property purchased by the authority or for use by the authority.

### § 31-1-4. Penalties for False Representation, Impersonation

a. Any person who shall make, utter, execute, or submit to the department or to any county board of health any oral or written representation, knowing the same to be false, for the purpose of obtaining anything of value, including any service, shall be guilty of a misdemeanor.

b. Any person who shall impersonate or otherwise falsely hold himself out to any other person as an agent of the department or of any county board of health shall be guilty of a misdemeanor.

### § 31-1-11. No Legal Compulsion to Participate in Health Care System; No Legal Prohibition on Purchase or Sale of Health Insurance in Private Health Care Systems

As used in this Code section, the term:

"**Compel**" includes penalties or fines.

"**Direct payment**" or "pay directly" means payment for lawful health care services without a public or private third party, not including an employer, paying for any portion of the service.

"**Health care system**"' means any public or private entity whose function or purpose is the management of, processing of, enrollment of individuals for, or payment for, in full or in part, health care services or health care data or health care information for its participants.

"**Lawful health care services**" means any health related service or treatment to the extent that the service or treatment is permitted or not prohibited by law or regulation that may be provided by persons or businesses otherwise permitted to offer such services.

"**Penalties or fines**" means any civil or criminal penalty or fine, tax, salary or wage withholding or surcharge, or any named fee with a similar effect established by law or rule by a government established, created, or controlled agency that is used to punish or discourage the exercise of rights protected under this Code section.

To preserve the freedom of citizens of this state to provide for their health care:

No law or rule or regulation shall compel, directly or indirectly, any person, employer, or health care provider to participate in any health care system; and

A person or employer may pay directly for lawful health care services and shall not be required to pay penalties or fines for paying directly for lawful health care services. A health care provider may accept direct payment for lawful health care services and shall not be required to pay penalties or fines for accepting direct payment from a person or employer for lawful health care services.

Subject to reasonable and necessary rules and regulations that do not substantially limit a person's options, the purchase or sale of health insurance in private health care systems shall not be prohibited by law or by rule or regulation.

This Code section shall not:

Affect which health care services a health care provider or hospital is required to perform or provide;

Affect which health care services are permitted by law;

Prohibit care provided pursuant to any statutes enacted by the General Assembly relating to workers' compensation;

Prohibit the imposition by the General Assembly of conditions and limitations on the use or applicability of exemptions and deductions with regard to income taxation;

Affect laws or rules in effect as of January 1, 2009; or

Affect the terms or conditions of any health care system to the extent that those terms and conditions do not have the effect of punishing a person or employer for paying directly for lawful health care services or a health care provider or hospital for accepting direct payment from a person or employer for lawful health care services.

The information was also used in articles and content:

Trae Tha Truth "Fo I Die"

Trae Tha Truth "Shit Crazy"

Bankroll Mafia "Out my Face"

Mooski "Trackstar"

Dae Dae "No I Aint Perfect"

T.I. "At Ya Own Risk"

T.I. "Check This Dig That"

DJ Chose "Trying"

Lil Wayne "Cross Me"

Trey Songz "Dead Wrong"

24 Heavy "No Go"

Dj Khaled "Body in Motion"

Dj Khaled "We Goin Crazy"

Black Panther movie

Rampage movie

John Wick 3 movie

Shazam movie

BMF

Rae Sremmurd "PowerGlide"

Joe Gifted "Water"

CeeLo "Crazy"

CeeLo "Fuck You"

Young Thug "Ready" Big Bank

T.I. "Live Your Entertainment"

George Floyd case

Trey Songz ft. Jr boss "best friend"

Kap G- Money Phone

Kap G- Girlfriend

Kap G- CEO

Kap G- Stand Up

Kap G- Pull Up

Kap G- Don't Need Em

Kap G- Big Racks

Kap G- You Aint Used To

Kap G- Marvelous Day

Fly Guy Veto- Where were you

Fly Guy Veto- My G

Fly Guy Veto- Count Yo Blessing

Yung Ralph- Act A fool

Fly Guy Veto- Due to the Fact

Lucci- Vvs

Demands

All Property be signed over to Randy Butler Jr.

All Financial statements and Records be released to Randy Butler Jr.

20% of the royalties be signed over to Randy Butler Jr.