IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RANDY BUTLER, JR.,

    Plaintiff,

v.

PARANOIA QUEST, ET AL.,

    Defendants.

CIVIL ACTION FILE

No. 1:23-CV-03089-SCJ

ORDER

This matter appears before the Court on Plaintiff's two Motions for Discovery. Doc. Nos. [28]; [31].[1] For the following reasons, the Court **DENIES** Plaintiff's Motions.

Having reviewed Plaintiffs numerous filings in this case—several of which he filed after his appeal had been dismissed but before he the instant motions for discovery—the Court determines that Plaintiff has not asserted any basis for the

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

relief requested (i.e., discovery). Doc. Nos. [23]; [24]; [25]; [26]; [27]; [29]; [30]; [32]. Specifically, the Court dismissed Plaintiff's complaint prior to service of process under 28 U.S.C. § 1915(e) because he had failed to raise a non-frivolous claim for relief. Doc. No. [8]. Despite the Court giving him leave to do so, Plaintiff did not try to amend his complaint. Id. Instead he filed a notice of appeal (Doc. No. [13]) and the Eleventh Circuit subsequently dismissed his appeal for want of prosecution (Doc. No. [23]).

Accordingly, Plaintiff's case has been dismissed, is now closed, and he is not entitled to discovery in this case. Therefore, the Court **DENIES** his motions for discovery. Doc. Nos. [28]; [31].

**IT IS SO ORDERED** this __10th__ day of April, 2024.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE